

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/22/2014 02:00 PM

COURTROOM 6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:13-bk-05050-KSJ | Chapter 7 | 07/23/2013 |
| **ADVERSARY:** 6:13-ap-00119-KSJ | **Pltf Atty:** | Jimmy D Crawford |
| | **Dft Atty:** | Rachel A Morris |
| **DEBTOR:** Charries Semidey | | |

**HEARING:**

Semidey v. MRU Holdings, Inc. et al

Chris Semidey -v- MRU Holdings, Inc., Educational Credit Management Corporation, United Guaranty Commercial Insurance Company of North Carolina, University Accounting Service and Chase Student Loan Servicing
Pretrial Conference
Plf Atty:   Jimmy Crawford
Def (ECMC) Atty:   John Eaton
Def (University Accounting):   Kenneth Grace
Note:   Cont'd from 1/28/14
Second Amended Complaint filed 3/14/14 (Doc #20)
Answer to Second Amended Complaint filed by Educational credit Management Corporation 3/27/14 (Doc #26)
Answer to Second Amended Complaint filed by University Accounting Service filed 3/28/14 (Doc #27)
Discharge entered 7/30/13 (Doc #12)
.

**APPEARANCES::**

Jimmy Crawford (Plaintiff)
John Eaton (ECMC)
Rachel Morris (University Accounting)

**RULING:**

Charries Semidey -v- MRU Holdings, Inc., Educational Credit Management Corporation, United Guaranty Commercial Insurance Company of North Carolina, University Accounting Service and Chase Student Loan Servicing

Pretrial Conference:   Continued in open court to July 29, 2014 at 2:45 p.m.   No written notice will be generated.

.
. Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders

not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.