UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

CHARRIES SEMIDEY                                            CASE NO.: 6:13-BK-05050-KSJ

    Debtor.                                                         Chapter 7
_____/

CHARRIES SEMIDEY,

   Plaintiff.                                                      ADV.PRO. NO.: 6-13-ap-00119-KSJ

v.

MRU HOLDINGS, INC. and
UNIVERSITY ACCOUNTING SERVICE
And SLM CORPORATION, a/k/a
SALLIE MAE and
UNITEDSTATES DEPARTMENT OF
EDUCATION and AMERICAN
EDUCATION SERVICES and
CHASE STUDENT LOAN
SERVICING

   Defendants.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

    **COMES NOW** Plaintiff, Charries Semidey ("Plaintiff") and Defendant, University Accounting Service ("Defendant), (collectively with Plaintiff, the "Parties"), by and through the undersigned counsel and pursuant to Fed. R. Bankr. P. 7041, which incorporates Fed. R. Civ. P. 41(a)(1)(A), and file this *Joint Stipulation for Voluntary Dismissal with Prejudice.* By submission of this Stipulation for Final Order of Dismissal, the submitting counsel represents

that the opposing party consents to its entry. Pursuant to this stipulation, the Parties agree to entry of the Agreed Final Order of Dismissal by which:

1. An agreement for a stipulated dismissal has been reached between the Parties in the above-styled case. Defendant, University Accounting Service, has presented competent substantial evidence showing that University Accounting Service is not the owner of the debt(s) at issue in this case; and is merely the servicer of such debt(s).

2. The claims of Plaintiff are being dismissed with prejudice, as to Defendant, University Accounting Service, only.

3. Each Party each shall bear its own attorneys' fees and costs.

Dated:  July 22, 2014

Respectfully Submitted,

MERIDETH NAGEL, P.A.

BY: */s/ Jimmy D. Crawford, Esquire*
Jimmy D. Crawford, Esquire
450 East Hwy. 50, Suite 4
Clermont, Florida  34711
Telephone (352) 394-7408
Facsimile  (352) 394-7208
Email:  jimmy.crawford@mnagellaw.com
Florida Bar No. 38441
Attorney for the Plaintiff

Respectfully Submitted,

SESSION, FISHMAN, NATHAN & ISRAEL, LLC

BY:*/s/ Rachel A. Morris, Esquire*
Rachel A. Morris, Esquire
3350 Buschwood Park Drive, Suite 195
Tampa, Florida  33618-4317
Telephone (813) 890-2460
Facsimile (866) 466-3140
Email:  rmorris@sessions-law.biz
Florida Bar No. 0091498
Attorney for University Accounting Service

SHAWDE & EATON, P.L.

BY: */s/ John D. Eaton, Esquire*
John D. Eaton, Esquire
1792 Bell Tower Lane
Weston, FL 33326
Telephone: (954) 376-3366
Facsimile: (954) 376-3171
Email: jeaton@shawde-eaton.com

Florida Bar No. 0861367
Attorney for Educational Credit Management Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice is being served upon the following parties on July 22, 2014, as follows:

**By United States Regular Mail, postage prepaid:**

MRU HOLDING, INC.
c/o Officer, Agent, Director, Manager, Director or Attorney;
590 Madison Ave., 123th Floor
New York, NY 10022

MRU HOLDING, INC.
c/o Edwin McGuinn, Chairman& CEO
590 Madison Ave., 123th Floor
New York, NY 10022

MRU HOLDING, INC.
c/o Raza Khan, President
590 Madison Ave., 123th Floor
New York, NY 10022

UNIVERSITY ACCOUNTING SERVICE
c/o Officer, Director, Agent, Manager, or Attorney,
2520 South 170th Street
New Berlin, WI 53151-0955

UNIVERSITY ACCOUNTING SERVICE
c/o John R. Schwab, CEO,
2520 South 170th Street
New Berlin, WI 53151-0955

UNIVERSITY ACCOUNTING SERVICE
c/o Steven L. Leckerman, Ex. VP, Chief Operating Officer
2520 South 170th Street
New Berlin, WI 53151-0955

UNIVERSITY ACCOUNTING SERVICE
c/o Rachel A. Morris, Esquire
Session, Fishman, Nathan & Israel, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida  33618-4317

SLM CORPORATION, a/k/a SALLIE MAE
c/o Officer, Director, Agent, Manager, or Attorney
Post Office Box 9635
Wilkes-Barre, PA 18773-9635

SALLIE MAE/SLM CORP.
c/o John F. Remondi; President & CEO
12061 Bluemont Way
Reston, VA 20190

SALLIE MAE/SLM CORP.
c/o Laurent C. Lutz; Ex. VP & General Counsel
12061 Bluemont Way
Reston, VA 20190

UNITED STATES DEPARTMENT OF EDUCATION
c/o Officer, Director, Agent, Manager or Attorney
Post Office Box 5609
Greenville, Texas, 75403-5609

UNITED STATES DEPARTMENT OF EDUCATION
Lyndon Baines Johnson (LBJ) Department of Education Building
c/o Phil Rosenfelt, General Counsel
400 Maryland Ave, SW
Washington, DC 20202

UNITED STATES DEPARTMENT OF EDUCATION
Lyndon Baines Johnson (LBJ) Department of Education Building
c/o James W. Runcie, Chief Operating Officer Federal Student Aid

400 Maryland Ave, SW
Washington, DC 20202

AMERICAN EDUCATION SERVICES
c/o Officer, Director, Agent, Manager or Attorney
Post Office Box 2461
Harrisburg, PA 17105-2461

AMERICAN EDUCATION SERVICES
c/o James L. Preston; CEO/President
1200 North 7th Street
Harrisburg, PA 17102-1444

AMERICAN EDUCATION SERVICES
c/o Timothy Guenther; CFO
1200 North 7th Street
Harrisburg, PA 17102-1444

CHASE STUDENT LOAN SERVICING
c/o Officer, Manager, Agent, Director or Attorney
Post Office Box 522
Madison, MS 39130

CHASE STUDENT LOAN SERVICING
Attention: Officer, Director, Agent, Manager or Attorney
IN1-0103
P.O. Box 7013
Indianapolis, IN 46207

JP MORGAN CHASE
c/o Registered Agent, CT CORPORATION SYSTEM
1200 S. PINE ISLAND ROAD
Plantation, FL 33324

JP MORGAN CHASE
c/o James Dimon, CEO
270 Park Ave.
New York, NY 10017

Respectfully submitted,

MERIDETH NAGEL, P.A.

BY:  */s/ Jimmy D. Crawford, Esquire*
Jimmy D. Crawford, Esquire
450 E. Highway 50, Suite 4
Clermont, Florida 34711
Telephone: (352) 394-7408
Facsimile:  (352) 394-7298
E-Mail:     Jimmy.crawford@mangellaw.com
Florida Bar No.: 38441
Attorney for the Plaintiff